Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Kristen M. Agnew (State Bar No. 247656)
kagnew@diversitylaw.com
Nicholas Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO DELGADO,<br><br>         Plaintiff,<br><br>v.<br><br>KLOECKNER METALS CORPORATION, et al.<br><br><br>         Defendant(s). | Case No. 2:20−cv−07405−GW−SK<br><br>Assigned to Hon. Judge George H. Wu<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 16-15.7, Plaintiff Ernesto Delgado ("Plaintiff") and Defendant Kloeckner Metals Corporation ("Defendant") (hereinafter referred together as "Parties") hereby provide notice to the Court that the Parties have reached an agreement for a confidential settlement and dismissal of this matter. The Parties are currently working on a settlement agreement. The Parties jointly request that the Court vacate all remaining dates on calendar as they anticipate filing a Motion for Preliminary Approval within 60 days.

Dated: August 10, 2021              DIVERSITY LAW GROUP, P.C.


                                    By:   /s/ Nick Rosenthal
                                          Larry W. Lee
                                          Kristen M. Agnew
                                          Nicholas Rosenthal
                                          Attorneys for Plaintiff and the Class

Dated: August 10, 2021              FORD & HARRISON LLP


                                    By:   /s/ Daniel B. Chammas
                                          Daniel B. Chammas
                                          Min K. Kim
                                          Attorneys for Defendant

NOTICE OF SETTLEMENT