# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-7405-GW-SKx | Date | August 10, 2021 |
|---|---|---|---|
| Title | *Ernesto Delgado v. Kloeckner Metals Corporation, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 10, 2021, Plaintiff Ernesto Delgado filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for October 14, 2021 at 8:30 a.m. The hearing will be vacated and an appearance will not be required provided a stipulation to dismiss is filed by noon on October 12, 2021.

:

Initials of Preparer    JG