JS-6

Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Kristen M. Agnew (State Bar No. 247656)
kagnew@diversitylaw.com
Nicholas Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>KLOECKNER METALS CORPORATION, et al.<br><br>Defendants. | Case No. CV 20-7405-GW-SKx<br><br>Assigned to Hon. Judge George H. Wu<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

Having reviewed and considered the Parties' Joint Stipulation to Remand Action to State Court, and GOOD CAUSE appearing, the Court hereby ORDERS that this action shall immediately be remanded to the Superior Court of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated:  January 28, 2022

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE

[PROPOSED] ORDER REMANDING ACTION TO STATE COURT